BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED

MAR 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>GERARDO LOPEZ BRAMBILA,<br>            Defendant. | MAG. NO.  04-0106-ggh<br><br>MOTION TO DISMISS<br>AND (~~proposed~~) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against GERARDO LOPEZ BRAMBILA.

DATED: March 16, 2010                BENJAMIN B. WAGNER
                                     Acting United States Attorney
                                     /s/Michelle Rodriguez
                                     By_____
                                     MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 04-0106-ggh against defendant GERARDO LOPEZ BRAMBILA is GRANTED.

DATED:   3/16/10                     _____
                                     HON. DALE A. DROZD
                                     U.S. Magistrate Court Judge